UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRANCE LONG, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 4:06-CV-640 (JCH) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Movant Terrance Long's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DENIED**, and his claims are **DISMISSED** with prejudice.

Dated this 31st day of May, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE